**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Francis A. Podlesney,<br><br>Plaintiff,<br><br>vs.<br><br>ReliaStar Life Insurance Company,<br><br>Defendant. | CIVIL NO. 00-1037 DWF/AJB<br><br>**STIPULATION FOR AND ORDER OF PARTIAL <u>DISMISSAL WITH PREJUDICE</u>** |

## <u>STIPULATION</u>

It is hereby stipulated by the parties that Count II of Plaintiff's Amended Complaint in this action may be and hereby is dismissed in its entirety with prejudice and on the merits, without costs or attorneys' fees to any party, and that a judgment of dismissal pursuant to this Stipulation may be entered without further notice. This Stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 21, 2001

BORKON, RAMSTEAD, MARIANI,
FISHMAN & CARP, LTD.

[signature]

Howard L. Bolter (#192387)

485 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Attorney for Plaintiff
Francis A. Podlesney

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 27 2001
DEPUTY CLERK

Dated: March 26, 2001

FAEGRE & BENSON LLP

Charles F. Knapp, #220371
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant
ReliaStar Life Insurance Company

**ORDER**

Pursuant to the stipulation of counsel, **IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 27, 2001

BY THE COURT

The Honorable Donovan W. Frank
United States District Court Judge

M1:730865.01