# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Francis A. Podlesney

Plaintiff

v.

ReliaStar Life Insurance Company

Defendants

Case No. Civil 00-1037 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Count II of Plaintiff'samended complaint in this action is dismissed in its entirety with prejudice and on the merits, without costs or attorneys' fees to any party.

DATE: March 27, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk